*Edward N. Lerner*, in support of the petition.

*Robert M. Wechsler*, in opposition.

Decided April 27, 1999

## NICHOLAS TARZIA *v.* GREAT ATLANTIC AND PACIFIC TEA COMPANY ET AL.

Decided May 3, 1999

## NICHOLAS TARZIA *v.* GREAT ATLANTIC AND PACIFIC TEA COMPANY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 136 (AC 16676), is denied.

CALLAHAN, C. J., and MCDONALD, J., did not participate in the consideration or decision of this petition.

*James F. Mullen*, in support of the petition.

Decided May 3, 1999